IN THE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

SHAKHNOZA NURALIEV, :
A MINOR, BY HER FATHER :
AND NEXT FRIEND, :
DJAMOLIDDIN NURALIEV, :
2301 N STREET, N.W., APT. 708 : Civil Action No.: _____
WASHINGTON, DC 20037 :
 :
**Plaintiff,** :
 :
v. :
 :
UNITED STATES OF AMERICA, :
 :
**Defendant.** :
 :
SERVE: :
 : CASE NUMBER 1:06CV02044
The Honorable Alberto R. Gonzale :
Attorney General of the : JUDGE: Rosemary M. Collyer
United States of America :
Department of Justice : DECK TYPE: Personal Injury/Malpracti(
950 Pennsylvania Avenue, NW :
Washington, DC 20530 : DATE STAMP: 11/30/2006
 :
Jeffrey A. Taylor :
United States Attorney for the :
  District of Columbia :
555 4th Street, N.W. :
Washington, DC 20530 :
 :
Alton E. Woods :
Assistant Solicitor :
Branch of Acquisitions and :
  Intellectual Property :
Division of General Law :
Department of the Interior :
1849 C Street, N.W. :
MS: 7308 :
Washington, DC 20240 :

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
701 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006
(202) 659-5500

## COMPLAINT
(Federal Tort Claims Act – Negligence)

### PARTIES, JURISDICTION, AND VENUE

Shakhnoza Nuraliev, a minor, by her father and next friend Djamoliddin Nuraliev, brings this claim against Defendant United States of America, and for her cause of action states as follows:

1. This Court has jurisdiction under the Federal Tort Claims Act, 28 U.S.C. § 1346(b) and §§ 2671-80.

2. Shakhnoza Nuraliev and Djamoliddin Nuraliev are residents of the District of Columbia.

3. Venue is proper in this Court under 28 U.S.C. § 1402(b) as the cause of action arose in the District of Columbia.

4. On March 30, 2006, under 28 U.S.C. § 2675(a), a Standard Form 95 claim was filed on behalf of Shakhnoza Nuraliev, by her father, Djamoliddin Nuraliev, with the United States Department of the Interior. The claim listed damages in the amount of five million dollars ($5,000,000). On September 27, 2006, the Department of the Interior denied the claim in writing sent by certified mail. Under 28 U.S.C. § 2675(a), Plaintiff has elected to commence this action.

### FACTS

5. On February 12, 2006, Shakhnoza Nuraliev, then eight-years old, was playing in the snow with her father, mother, and sibling, in a public area of Rock Creek Park west of 23rd Street, N.W. and south of P Street, N.W., in Washington, D.C., adjacent to a walking path.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
201 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

6. As the Nuralievs were lawfully and properly playing in the park, a large, dead limb broke off a tree, fell, and struck Shakhnoza Nuraliev across her chest, pinning her to the ground and causing her serious personal injury.

7. At all times relevant, the United States National Park Service, a federal agency of Defendant within the Department of the Interior, was in possession and control of the area of the park in which Shakhnoza Nuraliev was playing. The limb that injured Shakhnoza Nuraliev fell from a tree for which the National Park Service had maintenance responsibility.

8. The limb that injured Shakhnoza Nuraliev fell from a tree that had been negligently maintained by the National Park Service. That tree, and surrounding trees for which the National Park Service also had maintenance responsibility, had not been pruned for years; many had large, dead branches similar to the one that fell.

9. A father and son who were playing nearby rushed to help get the limb off of Shakhnoza and immediately called 911 for emergency assistance. When the ambulance arrived, Shakhnoza was rushed to Children's National Medical Center.

10. Shakhnoza Nuraliev sustained severe neck and chest pain. She was admitted to Children's National Medical Center, where she was diagnosed with blunt chest trauma. She was placed in a cervical collar, received sedation and pain medication, and was constantly monitored. Shakhnoza was discharged on February 14, 2006, at which time she continued to wear a neck brace, which was finally removed on March 6, 2006.

11. Within days after counsel for Plaintiff advised Defendant of the existence of dangerous dead branches on numerous trees in the park area where Shakhnoza Nuraliev was injured, Defendant pruned virtually all the trees in the area, including the tree from which the

LAW OFFICES
KOONZ, McKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

branch that struck and injured Shakhnoza Nuraliev had fallen. Thus, there is no issue as to Defendant's responsibility for maintenance of the park area where the incident occurred.

## COUNT I
### (Negligence)

12. Plaintiff incorporates by reference paragraphs 1 through 11 of this Complaint, and further alleges that the accident, the resulting physical and emotional injuries she suffered, and medical expenses incurred, were the direct and proximate result of the negligence of Defendant's employees, while acting within the scope of their employment and with the permission and consent of Defendant.

13. Defendant's employees' negligent acts include, but are not limited to, a failure to identify and remove the hazardous tree limb that fell and struck Shakhnoza Nuraliev, especially where there were numerous dead branches in the park area where she was injured, and where the pruning of such branches in wooded areas adjacent to pedestrian walkways and roads is a fundamental responsibility of the National Park Service.

14. As a direct and proximate result of the negligence of Defendant's employees, while acting within the scope of their employment and with the permission and consent of Defendant, Shakhnoza Nuraliev sustained serious physical injuries, great physical and emotional pain and distress, and has incurred substantial medical expenses.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

WHEREFORE, Shakhnoza Nuraliev, by her father and next friend Djamoliddin Nuraliev, demands judgment against the Defendant United States of America in the full and just amount of one million dollars ($1,000,000) plus costs.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
DEPAOLIS & LIGHTFOOT, L.L.P.

By: _____
Roger C. Johnson # 940577
Andrew W. Cohen #441449
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, D.C. 20006
(202) 659-5500

Attorneys for Plaintiff

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

# CIVIL COVER SHEET

JS-44
rev.1/05 DC)

| (a) PLAINTIFFS<br>Shakhnoza Nuraliev, a Minor by her father, Djamoliddin Nuraliev<br>(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __11001__<br>(EXCEPT IN U.S. PLAINTIFF CASES) | DEFENDANTS<br>United States of America<br><br>COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Roger C. Johnson, (202) 659-5500<br>2001 Penn. Ave., N.W., #450<br>Washington, D.C. 20006 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. Antitrust | ☒ B. Personal Injury/ Malpractice | ☐ C. Administrative Agency Review | ☐ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☒ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## E. General Civil (Other) OR ☐ F. Pro Se General Civil

| **Property**<br>210 Land Condemnation<br>220 Foreclosure<br>230 Rent, Lease & Ejectment<br>240 Torts to Land<br>245 Tort Product Liability<br>290 All Other Real Property<br><br>**Personal Property**<br>370 Other Fraud<br>371 Truth in Lending<br>380 Other Personal Property Damage<br>385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| G. *Habeas Corpus/* *2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| 30 Habeas Corpus-General<br>10 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| 10 Fair Labor Standards Act<br>20 Labor/Mgmt. Relations<br>30 Labor/Mgmt. Reporting & Disclosure Act<br>40 Labor Railway Act<br>90 Other Labor Litigation<br>91 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

ORIGIN
riginal roceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ Multi district Litigation | ☐ 7 Appeal to District Judge from Mag. Judge

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
8 U.S.C. Sec. 1346(b) Federal Tort Claim Act claim for personal injury.

REQUESTED IN COMPLAINT    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐    DEMAND $ $1,000,000.00   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES   ☒ NO

RELATED CASE(S) IF ANY    (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

11/30/06    SIGNATURE OF ATTORNEY OF RECORD

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by cept as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of or the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips pleting the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

-44.wpd