IN THE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

SHAKHNOZA NURALIEV, :
A MINOR, BY HER FATHER :
AND NEXT FRIEND, :
DJAMOLIDDIN NURALIEV, :
2301 N STREET, N.W., APT. 708 : Case No. 1:06CV02044
WASHINGTON, DC 20037 : Judge rosemary M. Collyer
:
      Plaintiff, :
:
v. :
:
UNITED STATES OF AMERICA, :
:
      Defendant. :

AFFIDAVIT REGARDING SERVICE

I, Elizabeth A. Berry, hereby depose and state that:

1. I am a legal secretary with the law firm of Koonz, McKenney, Johnson, DePaolis & Lightfoot, in the District of Columbia, and our firm has been retained by Plaintiff Shakhnoza Nuraliev by her father and next friend Djamoliddin Nuraliev in connection with this litigation.

2. On November 30, 2006, we served by certified mail, return receipt requested, the stamped Summons and Complaint on the Defendant, United States of America, c/o The Honorable Alberto R. Gonzalez, Attorney General of the United States of America, Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

3. On December 15, 2006, the signed and dated card was returned to this office. This receipt is attached hereto as Attachment A.

4. Further saith affiant not.

                                                  Elizabeth A. Berry

Subscribed and sworn to before me this ___ day of December 2006.

                                                  Notary Public

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* [signature] / B. Date of Delivery<br>C. Signature  DEC 0 8 2006<br>X  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>The Hon. Alberto R. Gonzalez<br>Attorney General of the United<br>States of America<br>Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7099 3400 0006 6850 5787 |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Roger Johnson
LAW OFFICES
KOONZ, MCKENNEY, JOHNSON,
DEPAOLIS & LIGHTFOOT
JAMES MONROE BUILIDING
2001 PENNSYLVANIA AVENUE, SUITE 450
WASHINGTON, D.C. 20006

( NURALIEV )