```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

SHAKHNOZA NURALIEV,                )
                                   )
      Plaintiff,              )
                                   )
  v.                               ) Civil Action No. 06-2044 RMC
                                   )
UNITED STATES OF AMERICA,          )
                                   )
      Defendant.              )
_____)

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney W. Mark Nebeker as counsel for the Defendant in this action.

                                    Respectfully submitted,

```
                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, DC 20530
                              (202) 514-7230
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Praecipe has been made through the Court's electronic transmission system on this 26th day of January, 2007.

                                                  W. MARK NEBEKER, DC Bar # 396739
                                                  Assistant United States Attorney
                                                  Civil Division
                                                  555 4th Street, N.W.
                                                  Washington, DC  20530
                                                  (202) 514-7230