```
             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA

SHAKHNOZA NURALIEV,            )
  a Minor, by her Father       )
  and next Friend,             )
  DJAMOLIDDIN NURALIEV,        )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 06-2044 RMC
                               )
UNITED STATES OF AMERICA,      )
                               )
        Defendant.             )
                               )
```

## ANSWER

Defendant, the United States of America, by and through its undersigned counsel, hereby answers the complaint in this case.

### First Defense

The complaint fails to state a claim upon which relief can be granted.

### Second Defense

Defendant did not breach any duty of care owed to plaintiff.

### Third Defense

Any injuries sustained by plaintiff were not proximately caused by a breach of duty of care by defendant.

### Fourth Defense

Defendant, and its agents, servants, and employees deny committing any negligence or wrongful act or omission, and deny proximately causing any injuries sustained by plaintiff.

Answering the allegations of the complaint, defendant states as follows:

1. Paragraph 1 sets forth plaintiff's allegations regarding jurisdiction, to which no response is required.

2. Upon information and belief, defendant admits the allegations of paragraph 2.

3. Paragraph 3 sets forth plaintiff's allegations regarding venue, to which no response is required.  To the extent that a response may be deemed required, Defendant admits that plaintiff has alleged that the action arose in the District of Columbia and that the cited statutory provision permits a civil action on a tort claim against the United States under 28 U.S.C. § 1346(b) to be prosecuted "in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred."

4. Defendant admits the allegations of paragraph 4, except the statement in the last sentence of the paragraph which sets forth plaintiff's allegations regarding jurisdiction, a legal conclusion to which no response is required.

5. Defendant has no information or knowledge sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.

6. Defendant has no information or knowledge sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.

7. Defendant admits that the Rock Creek Park, west of 23rd Street, N.W., and south of P Street, N.W., in Washington DC is under the control of the National Park Service, a federal agency of the United States of America within the Department of the Interior, but avers that it is without knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining allegations contained in this paragraph and therefore those allegations are denied.

8. Defendant admits that it had certain maintenance responsibility for trees in the Rock Creek Park, west of 23rd Street, N.W., and south of P Street, N.W., in Washington DC, but avers that it is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in this paragraph and therefore those allegations are denied.

9. Defendant has no information or knowledge sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.

10. Defendant has no information or knowledge sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.

11. Defendant admits that it performed tree maintenance within Rock Creek Park in April 2006, but avers that it is without knowledge or information sufficient to form a belief as

to the truth or accuracy of the remaining allegations contained in this paragraph and therefore those allegations are denied.

12. Defendant has no information or knowledge sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.

13. Defendant has no information or knowledge sufficient to form a belief as to the truth or accuracy of the allegations contained in this paragraph and therefore those allegations are denied.

14. Paragraph 14 states plaintiff's legal conclusion to which no response is required.  Notwithstanding, defendant has no information or knowledge sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.

The last, unnumbered paragraph of the complaint sets forth plaintiff's prayer for relief to which no response is required. To the extent a response may be deemed necessary, defendant denies that plaintiff is entitled to the relief sought or to any relief whatsoever.

WHEREFORE, having fully answered, defendant asks the Court to enter judgment for Defendant, dismissing the Complaint with

prejudice and awarding Defendant such other and further relief as the Court deems just, equitable, and proper.

                Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

OF COUNSEL:

PERRI S. ROTHEMICH
Attorney-Adviser
U.S. Department of the Interior
1849 C Street N.W., MS 7308
Washington, D.C. 20240
(202) 208-6201

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Answer has been made by mailing a copy thereof to:

ROGER C. JOHNSON, ESQ.
ANDREW W. COHEN, ESQ.
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, DC  20006

on this 5th day of February, 2007.

                                      W. MARK NEBEKER, DC Bar # 396739
                                      Assistant United States Attorney
                                      Civil Division
                                      555 4th Street, N.W.
                                      Washington, DC  20530
                                      (202) 514-7230