IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAKHNOZA NURALIEV, : <br> A MINOR, BY HER FATHER : <br> AND NEXT FRIEND, : <br> DJAMOLIDDIN NURALIEV, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNITED STATES OF AMERICA, : <br> : <br> Defendant. : <br> : | Civil Action No.:  06-2044 (RMC)(DAR) |

## NOTICE OF APPEARANCE

Please note the appearance of Andrew W. Cohen, Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P., at the address below, as counsel for the Plaintiff Shakhnoza Nuraliev, a minor, by her father and next friend, Djamoliddin Nuraliev.

    Respectfully submitted,

    KOONZ, MCKENNEY, JOHNSON,
     DEPAOLIS & LIGHTFOOT, L.L.P.

    By:  /s/ Andrew W. Cohen
        Roger C. Johnson # 940577
        Andrew W. Cohen #441449
        2001 Pennsylvania Ave., N.W.
        Suite 450
        Washington, D.C.  20006
        (202) 659-5500

    Attorneys for Plaintiff