SHAKHNOZA NURALIEV,
a Minor, by her Father
and next Friend,
JSAMOLIDDIN NURALIEV
_____
Plaintiff(s)

v.

UNITED STATES OF AMERICA
_____
Defendant(s)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)
)
)
)
)
)   Civil Action No. 06-2044 (RMC)
)
)
)
)

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____          3/22/07
Attorney for the Plaintiff(s)              Date

_____          3/23/07
Attorney for the Defendant(s)            Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____          4/19/07
United States District Judge             Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
        TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99