```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

SHAKHNOZA NURALIEV,            )
  a Minor, by her Father       )
  and next Friend,             )
  DJAMOLIDDIN NURALIEV,        )
                               )
        Plaintiff,             )
                               )
        v.                     )  Civil Action No. 06-2044 DAR
                               )
UNITED STATES OF AMERICA,      )
                               )
        Defendant.             )
_____)
```

### JOINT REPORT OF THE PARTIES REGARDING STIPULATION OF SETTLEMENT AND DISMISSAL

In accordance with the instructions from chambers, the parties hereby provide the following information to the Court.

On July 9, 2007, the parties and counsel appeared before the Court for approval of the settlement, which involves settlement of claims of a minor, Shakahnoza Nuraliev. Under the terms presented, the Defendant was to pay $56,000.00 in settlement of all claims. The Court preliminarily approved payment from the settlement amount of 25% in attorney fees and of $1700 in expenses and costs. The net proceeds are to be paid for an annuity for payment to the minor with interest after her 18th birthday.

The Court approved basic terms of the settlement, subject to the filing of a final stipulation of settlement and dismissal, which was filed on Tuesday, September 18, 2007. The following changes and/or clarifications are reflected in the final Stipulation of Settlement and Dismissal:

1) the minor, Shakahnoza Nuraliev, will receive a lump-sum

payment of $58,916.98 (which includes the initial purchase price of the annuity of $38,200 along with interest it shall accrue), which payment shall be made after her 18th birthday.

    2) $2,066.32 will be payable to the minor's parents (Dqamoliddin Nuraliev and Rakhmonova Ozoda), in satisfaction of medical and other expenditures estimated to be in at least that amount.

    3) Plaintiffs' counsel will receive reimbursement for litigation costs in the amount of $1733.68 (estimated at the earlier hearing to be $1700);

    The parties also advise the Court that Plaintiffs have produced a passport which contains the minor's date of birth in the English language as well as a Russian/Tajik document which has been examined by an employee at the U.S. Department of State who is familiar with Russian and Tajik.  All of these documents appear to document the same date of birth for Shakahnoza Nuraliev and one that means she will be over 18 years of age when the

annuity funds are scheduled to be disbursed to her on August 5, 2016. The documents are available for the Court's review, should the Court desire.

                                              Respectfully submitted,

_____    _____
ROGER C. JOHNSON, ESQ.        JEFFREY A. TAYLOR, DC Bar #498610
ANDREW W. COHEN, ESQ.         United States Attorney
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, DC  20006
822-1870 or 659-5500          RUDOLPH CONTRERAS, DC Bar #434122
                                  Assistant United States Attorney


for Plaintiff                     _____
                                  W. MARK NEBEKER, DC Bar #396739
                                  Assistant United States Attorney
                                  555 4th Street, N.W.
                                  Civil Division
                                  Washington, DC  20530
                                  (202) 514-7230
                                  fax: (202) 514-8780